UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

| | |
|---|---|
| JAMES ALLYN HUNT, ) | |
| ) | Civil Action No: __08-CV-2605__ CM/DJW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **COMPLAINT** |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, a Delaware corporation, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |
| ) | |

**COMES NOW** the Plaintiff, James Allyn Hunt, by and through his attorney, Michael L. Weiner of Yaeger, Jungbauer & Barczak, PLC, and Thomas R. Hill, Esq**.,** and for his claims and causes of action against the above-named Defendant states and alleges as follows:

### COUNT ONE - VIOLATION OF THE FELA

1. That this action is brought under the Federal Employer's Liability Act, 45 U. S. C §§ 51, *et seq*. Jurisdiction and venue are proper pursuant to 45 U. S. C § 56 and this action is timely commenced within the meaning of that section.

2. That at all times material herein Plaintiff James Allyn Hunt was and is a resident of the City of Rexford, County of Thomas, State of Kansas.

3. That at all times material herein the Defendant Union Pacific Railroad Company (Union Pacific) was and is a corporation duly organized and existing under the laws of the State of Delaware, and was and is an interstate carrier by rail engaged as a common carrier in interstate commerce, operating an interstate system of railroads in and through several states, including the

State of Kansas; this system includes lines of track in the District where this action is filed.

4. That at all times material herein Plaintiff James Allyn Hunt was employed by Defendant Union Pacific as an Engineer, and as such was engaged in work which directly, closely and substantially touched upon interstate transportation and commerce and was in furtherance of the general interstate commerce carried on by Union Pacific.

5. That on or about December 20, 2005, Plaintiff James Allyn Hunt was engaged in the course and scope of his employment for Defendant Union Pacific working as an Engineer on engine UP 1349 near Grainfield, Kansas.

6. That on said date at approximately 1:00 P.M. Plaintiff's train was traveling eastbound at approximately 47 miles per hour when it approached the "gated east crossing" at or near milepost 359.25 near Grainfield, Kansas where, prior to this date, the section of track directly preceding said crossing had become grossly misaligned. Upon reaching the crossing, Plaintiff's train suddenly struck the raised portion and crossing planks of the misaligned track with such force that it severely damaged the locomotive and caused Plaintiff to be thrown from his Engineer's seat.  As a result of being thrown about within the cab Plaintiff suffered serious injuries to his back and neck.

7. That the injuries suffered by Plaintiff James Allyn Hunt on December 20, 2005 were caused, in whole or in part, by the negligence of Defendant Union Pacific, its agents, employees, or officers, in violation of the FELA, 45 U.S.C. § 51 *et seq.*, to wit, Defendant Union Pacific was negligent in:

   a. failing and neglecting to provide Plaintiff with a reasonably safe place in which to work;

   b. failing and neglecting to provide Plaintiff with safe and proper equipment and

        premises with which to do his work;

c.    failing and neglecting to inspect, maintain and repair its equipment and premises its employees were required to use, so that the same became hazardous to the safety of Union Pacific employees;

d.    negligently assigning Plaintiff to ride on track that was defective and unsafe;

e.    failing and neglecting to adopt, install, implement and enforce safe methods and procedures for the described operation;

f.    negligently creating or permitting a dangerous and hazardous condition to exist on the premises and/or equipment where its employees were required to work;

g.    failing and neglecting to properly warn Plaintiff of the dangers which confronted him;

h.    Other acts of negligence.

8.    That as a result, in whole or in part, of Defendant Union Pacific's negligence in violation of the FELA as set forth above, Plaintiff sustained severe and permanent injuries to his neck and back and the muscles, nerves, bones, tissues, ligaments and internal parts thereof, all in violation of the Federal Employer's Liability Act 45 U.S.C. § 51 *et seq*.

9.    That due in whole or in part to Defendant Union Pacific's aforesaid negligence under the Federal Employer's Liability Act, Plaintiff has experienced, and will continue to experience into the future, great bodily and mental pain and anguish.

10.    That in an effort to treat, heal and relieve his said injuries, Plaintiff was obliged to incur, and will continue to incur into the future, substantial expenses for medical and hospital related care and treatment in an amount Plaintiff is unable to accurately estimate at this time.

11.    That due in whole or in part to Defendant Union Pacific's negligence under the Federal Employer's Liability Act as set forth above, Plaintiff sustained a loss of wages and will in the future continue to sustain a loss of wages and permanent diminution of his earning

capacity, including loss of fringe benefits, the exact amount of which Plaintiff is unable to accurately estimate or determine at this time.

12. That due in whole or in part to Defendant Union Pacific's negligence under the Federal Employer's Liability Act as set forth above, Plaintiff has experienced and will continue to experience into the future a loss of enjoyment of life.

**WHEREFORE**, Plaintiff James Allyn Hunt prays for judgment against Union Pacific for recovery of damages in an amount sufficient to fully compensate Plaintiff for the damages and losses suffered, together with all costs, disbursements and other relief the Court deems just.

### JURY TRIAL DEMANDED

Plaintiff hereby requests that this matter be tried to a jury.

### DESIGNATION OF PLACE OF TRIAL

Plaintiff hereby designates Kansas City, Kansas as the location for the trial in this matter.

**Respectfully Submitted,**

Dated: 12/03/2008

**HILL, BEAM-WARD, KRUSE, WILSON & WRIGHT, LLC.**

Thomas R. Hill   #09905
Bank of America, Ste 200
8695 College Blvd
Overland Park, KS  66210-1871
(913) 339-6888

-AND-

**YAEGER, JUNGBAUER & BARCZAK, PLC**
Michael L. Weiner
745 Kasota Ave
Minneapolis, MN 55414
(612) 333-6371
**ATTORNEYS FOR PLAINTIFF**